# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                      CASE NO.  3:07cr127LAC

VICTOR EDGAR HARRISON

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on ____January 11, 2008_____

Motion/Pleadings:_ MOTION TO SUPPRESS EVIDENCE _____

Filed by _GOVERNMENT_____ on _1/11/2008_____ Doc.# _22_____


RESPONSES:

BY GOVERNMENT_____ on _1/24/08_____ Doc.# _30_____

_____ on _____ Doc.# _____

_____ Stipulated    _____ Joint Pldg.

_____ Unopposed    _____ Consented

                        WILLIAM M. McCOOL, CLERK OF COURT


                        _s/Mary Maloy_____
_____
LC (1 OR 2)             Deputy Clerk: Mary Maloy

# *ORDER*

*Upon  consideration  of  the  foregoing,  it  is  ORDERED  this  29ᵗʰ  day  of*
*January, 2008, that:*

*(a) The relief requested is* **DENIED.   MOOT.**

*(b) Motion withdrawn.   Defendant entered plea.*


                        _s/L.A. Collier_____
                        **LACEY A. COLLIER**
                        ***Senior United States District Judge***


Entered On Docket: _____ By: ___

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to:_____

_____

_____


                Document No.